FILED
October 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>Arturo Servin Martinez,<br><br>        Defendant. | Case No. 2:07-mj-321 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Arturo Servin Martinez  Case  2:07-mj-321 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $150,000 to be co-signed by defendant's sister, and to be replaced by a secured bond with 14 days.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  10/22/07  at  3:30 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge